# EXHIBIT 2

COMPLAINT

23

Napoleon Municipal Court
Napoleon, Ohio

- Home Page
- Record Search
- Online Payments
- Distracted Driver Course

Napoleon Municipal Court
1819 Oakwood Avenue
P.O. Box 502 Napoleon, Ohio 43545
ph (419) 592-2851
fx (419) 592-1805
Monday - Friday
7:30 am - 4:00 pm
court@napoleonohio.com
Online Payment Call Center 866-895-0198

## Docket Entries: CRB2400103A

### 03/28/2024

- CANCELLED- 03/28/2024 AT 1:15 PM - PRE-TRIAL

- MOTION TO DISMISS FILED BY PROSECUTOR HOWE-GEBERS, CASES
PRESENTED TO GRAND JURY IN THE HCCP COURT
CASE DISMISSED.
SPECIAL CONDITIONS:
JE FILED; UPON MOTION OF THE STATE, THESE CASES ARE HEREBY
DISMISSED, WITHOUT PREJUDICE, AND ANY BONDS AND CONDITIONS
SHALL BE TRANSFERRED TO THE HCCP COURT. COURT COSTS ABATED.

### 03/26/2024

- ENTRY OF APPEARANCE FILED BY ATTORNEY JEREMY LEVY

### 03/19/2024

- CASE WAS FILED WITH COURT

- HEARING- 03/19/2024 AT 10:30 AM - VAR

- JE FILED; VAR (NG); OR BOND, CONTINUED FOR PRE-TRIAL ON
3/28/24 AT 1:15PM, DEFENDANT INDICATED HE WOULD REPRESENT
HIMSELF IN THIS MATTER

- HEARING- 03/28/2024 AT 1:15 PM - PRE-TRIAL

- OR BOND FILED, DEFENDANT REFUSED TO SIGN

### 03/18/2024

- WARRANT WAS ISSUED FOR DEFENDANT FOR ENSURE APPEARANCE

- WARRANT WAS RECALLED

- ARREST WARRANT EXECUTED/COMPLAINT SERVED BY HCSO - FEES ON FELONY COMPANION CASE 24CRA102

- ARREST WARRANT EXECUTED/COMPLAINT SERVED BY HCSO - FEES ON FELONY COMPANION CASE 24CRA102