# EXHIBIT 4

COMPLAINT

25

Attachment 2100-A

# CORRECTIONS CENTER OF NORTHWEST OHIO

## CERTIFICATE OF ARREST AND CUSTODY

March 18 , 20 24

I, the undersigned Jacob Trejo
<br>Officer Name

16 of Napoleon PD
<br>Badge #/Unit #              Department

Ohio, do hereby certify that on the 18th day of March A.D. 1319 at ___
<br>                                                                 Time

I arrested one Smith          Mark          William
<br>              Last Name      First Name    Full Middle Name

DOB 02/05/1968          Social Security # ~~[redacted]~~

Was subject fingerprinted for these charges?    Yes / (No)

Was DNA collected for this subject?    Yes (No)

Unlawfully:

| Charge | Case # | ORC# | Class* | Bond |
|---|---|---|---|---|
| 1. Warrant - other agency | | | F / M | |
| 2. | | | F / M | |
| 3. | | | F / M | |
| 4. | | | F / M | |
| 5. | | | F / M | |

Total Money Required: _____

and did then and there confine the said Inmate in the CORRECTIONS CENTER OF NORTHWEST OHIO, to be held until I can file papers in the proper COURT or bond can be secured.

PLACE OF ARREST Napoleon

COURT Napoleon Municipal

COURT DATE _____

RESPONSIBLE JURISDICTION Napoleon

Transporting Officer P.H. Trejo

Accepting CCNO Officer _____

Policy 2100