# EXHIBIT 3

COMPLAINT

3/13/26, 2:56 PM

Affadavit ARREST FOR BENCH WARRANT.JPG

 # Henry County Sheriff's Office

**Henry County Sheriff's Office**

Run Date:    3/20/2024 20:27

OCA #  1R24-00665, 3/18/2024 10:52 · DISORD: Disorderly Conduct

Report Date:   3/20/2024

~42

Axle, Ryan K  (3508) - 3/18/2024

**Arrestee:**

Prepared By:    Axle, Ryan K  (3508)

**Narrative:**

Prepared Date:  3/18/2024 14:16

Monday, March 18, 2024 between 10:45 A.M. and 11:00 A.M., I was at the Napoleon Municipal Court, Napoleon, Henry County, Ohio, for a scheduled trial to take place.

While waiting to be called I overheard the defendant, Mark-William Smith, arguing with the Judge as she was trying to arraign him on his charges. After he kept refusing to come forward she ordered a bench warrant for his arrest. At that point she had the balliff, Sean Walker, attempt to take him into custody. The defendant refused and Sean motioned for me to assist him with the arrest. Sean grabbed the defendants arm and tried to arrest him but he pulled away from him. As I was grabbing the defendants other arm he pushed me off of him and continued to resist being arrested. I got defendants arm and we forced him out of the courtroom into the front lobby. While doing so the defendant tried to grab ahold of my neck and pulled my tie off. The defendant was pushed back into the front lobby counter. The defendant was told several times to put his hands behind his back as he was under arrest and continued to resist. I warned the defendant if he would be tased and he continued to actively resist. I did deploy my Taser to his left stomach area and tried to follow up with a drive stun but it did not take affect as the probes did not penetrate through his clothing. We were able to get a cuff on each wrist but the defendant kept his hands in front of him as we tried to put them behind his back. The fight then moved to the corner at the door leading to the clerks. The defendant continued to resist arrest. When other officers showed up outside the defendant stated he would put his hands behind his back and be arrested. The defendant was finally cuffed together and was escorted outside. I removed the probes from the defendants shirt as they did not penetrate beyond that. The defendant was walked to Napoleon's Police cruiser. I had Dispatch contact EMS to respond. The defendant was transported to Henry County Hospital where he was later cleared and taken to CCNO.

After I was excused from court for the trial I was supposed to have I went to Henry County Hospital to be checked for injuries to my right hand. I had a cut at the base of my thumb. I had low pain to the base of my right thumb and tingling in the tip of my index finger and to the right side of my ring finger. I was then discharged and advised to keep it clean and check for my tetanus shot.

Dep. Axle #3508