# EXHIBIT 4

COMPLAINT

25

Attachment 2100-A

# CORRECTIONS CENTER OF NORTHWEST OHIO

### CERTIFICATE OF ARREST AND CUSTODY

March 18 , 20 24

I, the undersigned  Jacob Trejo
Officer Name

16
Badge #/Unit # of  Napoleon PD
Department

Ohio, do hereby certify that on the  18th  day of  March  A.D. 1319  at ___
Time

I arrested one  Smith  Mark  William
Last Name First Name Full Middle Name

DOB ~~redacted~~  Social Security # ~~redacted~~

Was subject fingerprinted for these charges?  Yes / (No)

Was DNA collected for this subject?  Yes (No)

Unlawfully:

| Charge | Case # | ORC# | Class* | Bond |
|---|---|---|---|---|
| 1. Warrant - other agency | | | F / M | |
| 2. | | | F / M | |
| 3. | | | F / M | |
| 4. | | | F / M | |
| 5. | | | F / M | |

Total Money Required: ___

and did then and there confine the said Inmate in the CORRECTIONS CENTER OF NORTHWEST OHIO, to be held until I can file papers in the proper COURT or bond can be secured.

PLACE OF ARREST  Napoleon

COURT  Napoleon Municipal

COURT DATE ___

RESPONSIBLE JURISDICTION  Napoleon

Transporting Officer  P.H. Trejo

Accepting CCNO Officer ___

Policy 2100