**FILED**

JUN 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

MARK SMITH,
Plaintiff,

v.

ELIZABETH J. SCHULLER, individually;
RYAN AXLE, individually;
SEAN WALKER, individually;
MARC RUSKEY, in his official capacity as Sheriff of Henry County, Ohio;
JACOB TREJO, individually;
EDWARD LEGG, in his official capacity as Chief of Police, City of Napoleon, Ohio;
MELISSA K. COTTER, individually;
CITY OF NAPOLEON; and
HENRY COUNTY, OHIO,

Defendants.

Case No. 3:26-cv-606

JUDGE KNEPP

PLAINTIFF'S MOTION
FOR EXTENSION OF
TIME

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS AND REQUEST FOR ADDITIONAL TIME TO OBTAIN COUNSEL

Plaintiff Mark Smith, proceeding pro se, respectfully moves this Court pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure for an extension of time to effect service of process upon Defendants and for additional time to obtain counsel. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this civil rights action pursuant to 42 U.S.C. §§ 1983, 1985, 1986, and related federal claims.
2. Plaintiff is currently proceeding without legal counsel and is actively seeking Counsel experienced in federal civil rights litigation.
3. Plaintiff has not yet completed service of process upon all Defendants and requires additional time to ensure compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Plaintiff is making diligent efforts to secure counsel, who may assist in effecting proper service and managing the procedural requirements of this litigation.
5. Good cause exists for an extension because Plaintiff is proceeding pro se, is actively seeking legal representation, and seeks to ensure that service is properly completed in accordance with applicable law.
6. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of thirty (30) days from the current service deadline, or such other period as the Court deems appropriate, to effect service of process and/or obtain counsel, together with any further relief the Court deems just and proper.

Respectfully submitted,

**Mark Smith**
Plaintiff, Pro Se

Date: ___6/4/26___

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Effect Service of Process and Request for Additional Time to Obtain Counsel was filed with the Clerk of Court on this ___4th___ day of ___June___, 2026.

Mark Smith
11028 U.S. Hwy 20
Lyons, Ohio 43533