**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MARK SMITH,** | CASE NO. 3:26 CV 606 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **ELIZABETH J. SCHULLER, et al.,** | |
| Defendants. | **ORDER** |

Currently pending before the Court is *pro se* Plaintiff Mark Smith's Motion for Extension of Time to Effect Service of Process and Request for Additional Time to Obtain Counsel. (Doc. 4). Plaintiff requests an additional 30 days from the current service deadline. *Id.* at 2.

Federal Civil Rule 4(m) provides:

> **(m) Time Limit for Service.** If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff filed his Complaint on March 13, 2026. (Doc. 1). His current deadline to serve Defendants is thus June 11, 2026. Fed. R. Civ. P. 4(m). For good cause shown, the Court grants Plaintiff's request for an additional 30 days to effectuate service. Plaintiff therefore shall have until **July 13, 2026** to serve Defendants. Plaintiff is cautioned that should he fail to do so, the Court may dismiss his case without prejudice for failure to comply with Federal Civil Rule 4(m) and this Order. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2026