UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARK SMITH, | : | Case No. 3:26-CV-606 |
| | : | |
| Plaintiff, | : | JUDGE JAMES R. KNEPP II |
| | : | |
| v. | : | MAGISTRATE JUDGE DARRELL |
| | : | A. CLAY |
| | : | |
| HON. ELIZABETH SCHULLER, et al., | : | **DEFENDANT ELIZABETH** |
| | : | **SCHULLER'S MOTION TO** |
| Defendants. | : | **DISMISS AND MEMORANDUM IN** |
| | : | **SUPPORT** |

Comes now Defendant, the Honorable Judge Elizabeth Schuller, by and through counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff Mark Smith's claims against her. This motion is supported by the attached memorandum.

Respectfully submitted,

MONTGOMERY JONSON LLP

*/s/ Cooper D. Bowen*
COOPER D. BOWEN (0093054)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
cbowen@mojolaw.com / 513.768.5242

*Counsel for Defendant Judge Elizabeth Schuller*

1

**<u>Certification Pursuant to Local Rule 7.1</u>**

I certify that this case has not been assigned to a track, and the above memorandum in support complies with the page limitations set forth in Local Rule 7.1.

*<u>/s/ Cooper D. Bowen</u>*
COOPER D. BOWEN (0093054)


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of July, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that the foregoing was served by Ordinary U.S. Mail upon the following:

Mark Smith
11028 US 20
Lyons, OH 43533
*Plaintiff*

*<u>/s/ Cooper D. Bowen</u>*
COOPER D. BOWEN (0093054)