Napoleon Municipal Court
Napoleon, Ohio

- [Home Page](#)
- [Record Search](#)
- [Online Payments](#)
- [Distracted Driver Course](#)
- [eFile](#)



Napoleon Municipal Court
1819 Oakwood Avenue
P.O. Box 502 Napoleon, Ohio 43545
ph (419) 592-2851
fx (419) 592-1805
Monday - Friday
7:30 am - 4:00 pm
court@napoleonohio.com
Online Payment Call Center 866-895-0198

## Docket Entries: TRD2400394A

**04/23/2026**

- BOND REFUND IN THE AMOUNT OF $ 80.75

- CHECK 17630 WAS ISSUED TO KIM STOUFFER, CLERK OF COURT
  IN THE AMOUNT OF $ 80.75

- BOND REFUND IN THE AMOUNT OF $ 69.25

- CHECK 17631 WAS ISSUED TO JOSEPH SOBECKI, ATTORNEY
  IN THE AMOUNT OF $ 69.25

**04/21/2026**

- RECEIVED NOTICE OF FILING OF JOURNAL ENTRY; APPEAL CASE
  #7-26-01 DISMISSED ON 4/20/26 WITH COSTS TO APPELLANT; CASE
  REMANDED BACK TO TRIAL COURT FOR EXECUTION OF THE JUDGMENT
  FOR COSTS

- NOTICE TO COURT FILED BY ATTY SOBECKI; APPEAL WAS A
  VOLUNTARY DISMISSAL BY DEFENDANT THEREFORE DEF'S MOTION FOR
  RELIEF FROM JUDGMENT IS NOW DECISIONAL

**04/13/2026**

- MOTION FOR RELIEF FROM JUDGMENT FILED BY DEFENDANT

- COPY OF A JE FROM THIRD DISTRICT APPELLATE COURT DENYING
  DEFENDANT'S MOTION RECEIVED

- JE FILED;MATTER CAME BEFORE THE COURT ON DEF'S MOTION DATED
  4/13/26;THE COURT HAS BEEN DIVESTED OF JURISDICTION UNTIL
  SUCH TIME AS THIRD DISTRICT APPELLATE COURT REMANDS THE
  CASE BACK TO THE TRIAL COURT

**03/06/2026**

- ORIGINAL PAPERS FILED IN THIS COURT, THE TRANSCRIPTS OF PROCEEDINGS,CLERKS CERTIFICATION OF DOCKET & JOURNAL ENTRIES ALONG W/JUDGE'S CERTIFICATION OF TRANSCRIPT DELIVERED TO THE CLERK OF THE 3RD DISTRICT COURT OF APPEALS

**03/04/2026**

- TRANSCRIPT OF PROCEEDINGS FILED BY ANDREA BURGEL FOR HEARING DATED 12/29/25 CONSISTING OF 15 PAGES

**02/17/2026**

- BOND - RECEIPT NO. 284763 IN THE AMOUNT OF $ 150.00

**02/02/2026**

- CERTIFICATE OF ASSIGNMENT FOR JUDGE RIDGE RECEIVED AND FILED FROM OHIO SUPREME COURT

**01/30/2026**

- ALL OF THE ABOVE, THE JE BEING APPEALED ALONG WITH THE PRINTOUT OF THE COURT'S DOCKET TAKEN TO THE 3RD DISTRICT COURT OF APPEALS CLERK

**01/29/2026**

- CRIMINAL APPEAL DOCKETING STATEMENT AND PRAECIPE FILED BY ATTORNEY SOBECKI; DOCUMENTS SENT TO ATTORNEY SOBECKI AND MALONEY BY EMAIL AND TO DEFENDANT BY REGULAR MAIL

- 10 DAY LETTER SENT BY EMAIL TO ATTORNEY MALONEY AND SOBECKI AND REGULAR MAIL TO DEFENDANT (FOR DEPOSIT ONLY) *DEPOSIT HAS NOT BEEN RECEIVED BUT ATTY SOBECKI STATED HE IS SENDING IT REGULAR MAIL

**01/28/2026**

- NOTICE OF APPEAL DENYING A PETITION FOR POST-CONVICTION RELEASE FILED ON 12/29/25 WITH ATTACHED JE FILED BY ATTORNEY SOBECKI;NOTICE SENT TO ATTORNEY MALONEY & SOBECKI BY EMAIL & TO DEF BY REGULAR MAIL & FAX TO APPEALS CLERK OF COURT

**01/19/2026**

- BOND REFUND IN THE AMOUNT OF $ 150.00

- CHECK 17539 WAS ISSUED TO JOSEPH SOBECKI IN THE AMOUNT OF $ 150.00 CASE DISMISSED. SPECIAL CONDITIONS: JE FILED; MOTION/PROSECUTOR, THE VIOLATION OF 4510.11A DUS-NON FRA M1 IS HEREBY DISMISSED.

- CANCELLED- 02/06/2026 AT 10:00 AM - TRIAL TO COURT

**01/13/2026**

- HEARING- 01/19/2026 AT 1:00 PM - PLEA

- HEARING NOTICE SENT

**01/12/2026**

- SUPPOENA DUCES TECUM AND RETURN OF SERVICE OF SAME FILED BY ATTORNEY SOBECKI; SUBPOENA WAS ELECTRONICALLY SERVED UPON REQUEST IN LIEU OF CERTIFIED MAIL TO ANDREW.COLLERT@CCNOJAIL.ORG

**12/30/2025**

- CERTIFICATION TO ALL PARTIES AND IN FILE

- HEARING NOTICE SENT

**12/29/2025**

- AFFIDAVIT OF WITNESS FILED BY DEFENDANT

- JE FILED;HEARING ON DEFENDANT'S PETITION FOR POST-CONVICTION RELIEF HELD;COURT FINDS THERE WAS NO CREDIBLE EVIDENCE OF INEFFECTIVE ASSISTANCE OF COUNSEL ON THE PART OF HIS PRIOR ATTORNEY;THE COURT FURTHER FINDS EVEN IF THERE WAS A SHOWING OF INEFFECTIVE ASSISTANCE OF COUNSEL THERE IS NO REMEDY AVAILABLE SINCE THE 10 DAY SENTENCE HAS BEEN SERVED & NO OTHER POTENTIAL PENALTY EXISTS;THE MATTER IS MOOT AND THE DEFENDANT'S PETITION IS DENIED

- JE FILED;MATTER CAME ON FOR CONSIDERATION OF COURT'S OWN MOTION;DEFENDANT'S ORAL MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS IS DENIED; MATTER SCHEDULED FOR TRIAL ON 2/6/26 AT 10:00AM

- HEARING- 02/06/2026 AT 10:00 AM - TRIAL TO COURT

**12/01/2025**

- HEARING- 12/29/2025 AT 1:00 PM - HRG ON MOTION

- HEARING NOTICE SENT

**11/25/2025**

- ORDER FILED; DEFENDANT'S MOTION FOR CONTINUANCE IS GRANTED AND HEARING ON 12/8/25 IS VACATED; NEW DATE TO BE SCHEDULED

- CANCELLED- 12/08/2025 AT 2:00 PM - HRG ON MOTION

**11/21/2025**

- PRAECIPE FOR SUBPOENA FILED BY ATTORNEY JOSEPH SOBECKI

- TWO BLANK SUBPOENAS ISSUED TO ATTORNEY SOBECKI PER PRAECIPE, ISSUED VIA REGULAR MAIL.

- MOTION FOR CONTINUANCE FILED BY ATTY SOBECKI

**11/14/2025**

- CERTIFICATE OF ASSIGNMENT APPOINTING JUDGE RIDGE TO THIS CASE FILED

- HEARING- 12/08/2025 AT 2:00 PM - HRG ON MOTION

- HEARING NOTICE SENT

**11/13/2025**

- DUE TO APPEAL, A NEW REQUEST FOR ASSIGNED JUDGE FOR THIS CASE SUBMITTED TO THE SUPREME COURT OF OHIO THIS DATE

**11/12/2025**

- CERTIFIED COPY OF JE FROM APPELLATE COURT RECEIVED; JE OF NAPOLEON MUNICIPAL COURT IS REVERSED AND COSTS ARE ASSESSED TO APPELLEE

**09/05/2025**

- RECEIVED COPY OF JE FILED 9/2/25 FROM COURT OF APPEALS STATING NO ORAL ARGUMENTS WERE REQUESTED OR WAIVED SO CASE WILL BE SUBMITTED WITHOUT ORAL ARGUMENT ON 10/7/25

**06/24/2025**

- BOND - RECEIPT NO. 282569 IN THE AMOUNT OF $ 150.00

- DEPOSIT FOR APPEAL COURT COSTS RECEIVED FROM ATTORNEY JOSEPH SOBECKI

- ORIGINAL PAPERS FILED IN THIS COURT, THE TRANSCRIPT OF PROCEEDINGS, CLERK CERTIFICATION OF DOCKET & JOURNAL ENTRIES,ALONG W/THE JUDGE'S CERTIFICATION OF TRANSCRIPT FROM 5/28/24 DELIVERED TO CLERK OF 3RD DISTRICT COURT OF APPEALS

**06/11/2025**

- JE FILED;MATTER CAME ON FOR REVIEW OF COURT'S OWN MOTION; BASED ON SCHEDULING ORDER OF THE COURT OF APPEALS FILED ON 6/9/25, THE TRIAL SCHEDULED FOR 7/8/25 IS HEREBY CONTINUED UNTIL FUTHER OF THE COURT; TIME IS TOLLED

- CERTIFICATION TO ALL PARTIES AND IN FILE

- CANCELLED- 07/08/2025 AT 9:30 AM - TRIAL TO COURT

**06/10/2025**

- ACCELERATED CALENDAR NOTICE AND SCHEDULING ORDER RECEIVED FROM COURT OF APPEALS; THIS CAUSE IS PLACED ON ACCELERATED DOCKET:RECORD TO BE FILED ON OR BEFORE 6/25/25;BRIEF OF APPELLANT FILED BY 7/10/25;BRIEF OF APPELLE FILED BY 7/25/25 REQUESTS FOR ORAL ARGUMENT TO BE RECEIVED IN WRITING AT THE COURT'S OFFICE NO LATER THAN 6/20/25;
APPEAL CASE NUMBER: 7-25-08

**06/02/2025**

- NOTICE OF APPEAL, CRIMINAL DOCKETING STATEMENT,& STATEMENT & PRAECIPE FILED BY ATTORNEY SOBECKI (FILED BY EMAIL ON 5/30/25 AT 7:10PM); $150.00 DEPOSIT DUE; ATTY SOBECKI INDICATED HE WOULD SEND A CHECK

- LETTER SENT TO ATTY SOBECKI REGARDING $150 DEPOSIT DUE

- COURT STAFF EMAILED NOTICE OF APPEAL, CRIMINAL DOCKETING STATEMENT, STATEMENT AND PRAECIPE & 10 DAY LETTER TO PROS. MALONEY AND ATTORNEY SOBECKI TODAY; COPY SENT REGULAR MAIL THIS DATE TO DEFENDANT

- ALL OF THE ABOVE, THE JE BEING APPEALED ALONG WITH THE PRINT OUT OF THE COURT'S DOCKET TAKEN TO THE 3RD DISTRICT COURT OF APPEALS CLERK

**05/30/2025**

- JE FILED;MATTER CAME ON FOR CONSIDERATION OF DEF'S PETITION FOR POST-CONVICTION RELIEF FILED ON 5/28/25; COURT FINDS DEF'S PETITION IS NOT WELL TAKEN & IS HEREBY DENIED;MATTER CONTINUED FOR TC AS SCHEDULED ON 7/8/25 AT 9:30AM

**05/28/2025**

- NOTICE OF LIMITED APPEARANCE, REQUEST FOR LIMITED SERVICE, PETITION FOR POST-CONVICTION RELIEF, WITH ATTACHMENTS A-C FILED BY ATTORNEY JOSEPH SOBECKI (53 PAGES TOTAL)

**05/12/2025**

- PT HELD, JE FILED; DEFENDANT'S MOTION TO SUPPRESS IS NOT TIMELY FILED AND IS THEREFORE DENIED; MATTER IS HEREBY SET FOR TRIAL TO COURT ON 7/8/25 AT 9:30AM
AJ RIDGE

- HEARING- 07/08/2025 AT 9:30 AM - TRIAL TO COURT

- HEARING NOTICE SENT

**05/09/2025**

- SUNDRIES $150.00
COURT OF APPEALS COSTS TO HENRY COUNTY CLERK OF COURTS

- BOND WAS PAID OUT AMOUNT $ 150.00

- CHECK 17332 WAS ISSUED TO KIM STOUFFER, CLERK OF COURTS
  IN THE AMOUNT OF $ 150.00

- MOTION TO SUPPRESS ILLEGAL DETENTION & ARREST & DISMISS
  PURSUANT TO THE EXCLUSIONARY RULE, ALONG W/MEMORANDUM IN
  SUPPORT & TWO WITNESS AFFIDAVITS FILED BY DEFENDANT

**05/05/2025**

- NOTICE OF FILING OF JE AND COPY OF JE RECIEVED FROM COURT
  OF APPEALS; APPELLANT'S MOTION FOR RECONSIDERATION OF THE
  APPELLATE COURT'S FINAL JUDGMENT IS DENIED

**04/29/2025**

- EMAIL

- JE AND DECISION RECEIVED FROM OHIO SUPREME COURT; JUDGE
  SCHULLER HAS VOLUNTARILY RECUSED HERSELF IN THIS CASE,
  THEREFORE THE AFFIDAVIT FILED BY DEF IN CASE 25-AP-045
  IS DISMISSED AS MOOT

**04/25/2025**

- JE FILED; MATTER CAME ON FOR REVIEW OF COURT'S OWN MOTION
  THIS DATE;THE COURT FINDS THERE IS A POTENTIAL CONFLICT OF
  INTEREST IN THIS CASE & THEREFORE THE UNDERSIGNED JUDGE
  DOES HEREBY DISQUALIFY HERSELF FROM THE CASE

- CERTIFICATION TO ALL PARTIES AND IN FILE

- RECUSAL REQUEST FOR ASSIGNED JUDGE SUBMITTED TO OHIO
  SUPREME COURT THROUGH THE ONLINE IGOR PORTAL

- CERTIFICATE OF ASSIGNMENT FOR JUDGE JOHN S. RIDGE FILED;

**04/24/2025**

- WRITTEN RESPONSE TO AFFIDAVIT OF DISQUALIFICATION FILED
  WITH SUPREME COURT BY EMAIL; COPIES TO PARTIES
  CASE # 25-AP-045

**04/17/2025**

- ENTRY RECEIVED FROM SUPREME COURT OF OHIO; JUDGE SCHULLER
  IS DEPRIVED OF ANY AUTHORITY TO PRESIDE IN THIS CASE UNTIL
  SUCH TIME AS THE CHIEF JUSTICE RULES ON THE AFFIDAVIT OF
  DISQUALIFICATION FILED BY DEFENDANT;PARTIES NOTIFIED BYEMAIL

- ...JUDGE SCHULLER TO FILE WRITTEN RESPONSE TO THE AFFIDAVIT
  OF DISQUALIFICATION W/IN 21 DAYS FROM DATE OF THIS ENTRY &
  UPON RECEIPT BY THE CLERK OF THE JUDGE'S RESPONSE THE CHIEF
  JUSTICE WILL REVIEW & RENDER WRITTEN DECISION ON THE MATTER

**04/16/2025**

- CHANGED- 05/19/2025 AT 2:00 PM - PRE-TRIAL

- HEARING NOTICE SENT

- CHANGED- 05/12/2025 AT 2:00 PM - PRE-TRIAL

- HEARING NOTICE SENT

- RECEIVED NOTICE FROM THE SUPREME COURT OF OHIO THAT THEY ACCEPTED FOR FILING AN AFFIDAVIT OF DISQUALIFICATION OF JUDGE SCHULLER FROM THIS CASE

- ENTRY RECEIVED FROM THE SUPREME COURT OF OHIO; NOTICE IS GIVEN TO THE CLERK THAT AN AFFIDAVIT OF DISQUALIFICATION HAS BEEN ACCEPTED AND FILED WITH THE SUPREME COURT AND THE CLERK SHALL ENTER THIS ON THE DOCKET

**04/15/2025**

- DEFENDANT FILED A SECOND AFFIDAVIT OF DISQUALIFICATION FOR THE JUDGE, ALONG WITH EXHIBITS 1 AND 2 IN THE SUPREME COURT OF OHIO;

**04/04/2025**

- JE FILED;MATTER CAME ON FOR CONSIDERATION OF DEF'S MOTION TO RECUSE FILED 2/3/25;THERE IS PRESENTLY NO EVIDENCE OR INDICATION THAT JUDGE SCHULLER HAS BEEN LISTED AS A WITNESS IN A PENDING MATTER BEFORE ANOTHER COURT IN THIS COUNTY AND AS SUCH IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT DEFENDANT'S MOTION BE AND HEREBY IS DENIED

- CERTIFICATION TO ALL PARTIES AND IN FILE

- HEARING- 04/21/2025 AT 2:15 PM - PRE-TRIAL

- HEARING NOTICE SENT

**04/02/2025**

- RECEIVED CERTIFIED COPY OF APPEAL COURT DECISION; APPEAL DISMISSED WITH COSTS ASSESSED TO DEFENDANT; CAUSE IS HEREBY REMANDED TO TRIAL COURT FOR EXECUTION OF THE JUDGMENT FOR COSTS

**02/03/2025**

- MOTION TO RECUSE FILED BY DEFENDANT

**10/07/2024**

- COPY OF JE FILED ON 10/4/24 IN THIRD DISTRICT COURT OF APPEALS RECEIVED REGULAR MAIL; CASE IS ASSIGNED FOR ORAL ARGUMENT OR WILL BE SUBMITTED W/OUT ORAL ARGUMENT ON 11-19-24 AT 10:00AM

**10/02/2024**

- JE & DECISION FILED FROM SUPREME COURT OF OHIO; AFFIDAVIT OF DISQUALIFICATION IS DISMISSED BECAUSE THERE IS NO EVIDENCE UNDERLYING CASE IS PENDING IN FRONT OF JUDGE SCHULLER SO THERE IS NO AUTHORITY FOR CHIEF JUSTICE TO DECIDE DISQUAL.

- MOTION TO VACATE TRIAL & JE FILED; PLAINTIFF'S MOTION TO VACATE TRIAL ON 10/7/24 DUE TO CASE BEING UNDER APPELLATE REVIEW IS GRANTED

- CANCELLED- 10/07/2024 AT 1:00 PM - TRIAL TO COURT

**10/01/2024**

- ENTRY RECEIVED FROM SUPREME COURT OF OHIO; JUDGE SCHULLER IS DEPRIVED OF ANY AUTHORITY TO PRESIDE IN THIS CASE UNTIL SUCH TIME AS THE CHIEF JUSTICE RULES ON THE AFFIDAVIT OF DISQUALIFICATION FILED BY DEFENDANT;PARTIES NOTIFIED BYEMAIL

**09/30/2024**

- COPY OF AFFIDAVIT OF DISQUALIFICATION FILED WITH OHIO SUPREME COURT RECEIVED BY REGULAR MAIL FROM DEFENDANT

**07/12/2024**

- JE FILED; THIS COURT HAS BEEN DIVESTED OF JURISDICTION UNTIL SUCH TIME AS THE 3RD DISTRICT APPELLATE COURT REMANDS THIS CASE BACK TO TRIAL COURT, THEREFORE CASE CONTINUED UNTIL 10/7/24 AT 1:00PM.

- CHANGED- 10/07/2024 AT 1:00 PM - TRIAL TO COURT

- CERTIFICATION TO ALL PARTIES AND IN FILE

- HEARING NOTICE SENT

**07/08/2024**

- MOTION/JE FILED BY PROSECUTOR HARMON; CASE SCHEDULED 8/19/24 SHALL BE RESET TO 8/5/24 AT 1:00PM DUE TO STATE'S PRIMARY WITNESS, DEPUTY AXLE, BEING UNAVAILABLE 8/15/24 - 9/23/24.

- CHANGED- 08/05/2024 AT 1:00 PM - TRIAL TO COURT

- MOTION TO CONTINUE FILED BY PROSECUTOR HARMON

**07/01/2024**

- MOTION FOR CONTINUANCE FILED BY DEFENDANT

- JE FILED;MATTER CAME ON FOR CONSIDERATION OF DEF'S MOTION FOR ADD'L 30 DAY CONTINUANCE TO RETAIN AN ATTY;MOTION IS

GRANTED;PT HRG ON 7/8/24 IS VACATED & MATTER SHALL BE SET
FOR TRIAL TO COURT ON 8/19/24 AT 1:00PM

- CANCELLED- 07/08/2024 AT 10:00 AM - PRE-TRIAL

- HEARING- 08/19/2024 AT 1:00 PM - TRIAL TO COURT

- CERTIFICATION TO ALL PARTIES AND IN FILE

- HEARING NOTICE SENT

**06/24/2024**

- NOTICE OF FILING OF JE AND COPY OF JE FILED ON 6/20/24 IN
  APPEAL CASE 7-24-005 RECEIVED FROM CLERK OF HENRY CO COURT
  OF APPEALS;APPELLANT'S MOTION FOR LEAVE TO SUPPLEMENT THE
  RECORD W/4 DOCUMENTS & TRANSCRIPT OF PRETRIAL PROCEEDINGS...
  IS DENIED; APPELLANT'S REQUEST TO WITHDRAW TWO PRIOR
  MOTIONS REGARDING STAY AND MODIFICATION OF BOND IS GRANTED
  & REQUEST TO WITHDRAW A PRIOR MOTION FOR CONTINUANCE IS
  DENIED AS MOOT

**06/20/2024**

- NOTICE OF FILING OF JOURNAL ENTRY AND COPY OF JE FILED ON
  6/17/24 IN APPEALS CASE 7-24-005 RECEIVED FROM CLERK OF
  HENRY CO COURT OF APPEALS; APPELLANT'S REQUEST TO EXTEND
  TIME TO FILE MERIT BRIEF GRANTED & DUE ON OR BEFORE 7/12/24

**06/05/2024**

- TIME WAIVER FILED

- JE FILED; MOTION FOR CONTINUANCE GRANTED, PRE-TRIAL
  CONTINUED TO 7/8/24 AT 10:00AM.

- CHANGED- 07/08/2024 AT 10:00 AM - PRE-TRIAL

- HEARING NOTICE SENT

**06/03/2024**

- MOTION FOR CONTINUANCE TO HIRE LEGAL COUNSEL FILED IN
  TRIAL CASE

- MOTION FOR CONTINAUNCE TO HIRE LEGAL COUNSEL FILED IN
  APPEAL CASE #07-24-005

**05/28/2024**

- ORIGINAL PAPERS FILED IN THIS COURT, THE TRANSCRIPT OF
  PROCEEDINGS, CLERK'S CERTIFICATION OF DOCKET & JOURNAL
  ENTRIES, ALONG WITH THE JUDGE'S CERTIFICATION OF TRANSCRIPT
  DELIVERED TO THE CLERK OF THE 3RD DISTRICT COURT OF APPEALS.

- MOTION FOR STAY PENDING APPEAL IN NAPOLEON MUNICIPAL COURT FILED BY DEFENDANT

- MOTION FOR STAY PENDING APPEAL IN THIRD DISTRICT COURT OF APPEALS FILED BY DEFENDANT;FILED WITH APPELLATE COURT CLERK ON 5/29/24

**05/24/2024**

- TRANSCRIPT OF PROCEEDINGS FILED BY ANDREA BURGEL FOR HEARINGS DATED 3/18/24 CONSISTING OF 12 PAGES & 3/19/24 CONSISTING OF 16 PAGES

**05/22/2024**

- HEARING NOTICE RETURNED W/ FORWARDING ADDRESS; ADDRESS UPDATED AND NOTICE MAILED TODAY

**05/15/2024**

- ORDER FILED; MOTION TO WITHDRAW AS COUNSEL IS GRANTED, ATTORNEY JEREMY LEVY IS PERMITTED TO WITHDRAW AS COUNSEL FOR DEFENDANT, MARK WILLIAM SMITH

**05/14/2024**

- MOTION TO WITHDRAW AS COUNSEL FILED BY ATTORNEY JEREMY LEVY

**05/02/2024**

- PPT HELD, MOTION AND JE FILED CONTINUING CASE FOR IN PERSON PRE-TRIAL ON 6/06/24 AT 10:00AM

- HEARING- 06/06/2024 AT 10:00 AM - PRE-TRIAL

- HEARING NOTICE SENT

**04/29/2024**

- CRIMINAL APPEAL DOCKETING STATEMENT, STATEMENT AND PRAECIPE, AND DEFENDANT'S EXHIBITS FILED BY DEFENDANT; COPIES EMAILED TO PROSECUTOR TAKE TO HCCP CLERK OF COURT OF APPEALS

**04/22/2024**

- BOND - RECEIPT NO. 278401 IN THE AMOUNT OF $ 150.00

- JE BEING APPEALED FILED BY DEFENDANT ALONG WITH APPEAL COURT COSTS

- PT HELD, MOTION AND JE FILED CONTINUING CASE FOR PPT ON 5/2/24 AT 1:15PM

- HEARING- 05/02/2024 AT 1:15 PM - PHONE PRE-TRIAL

- HEARING NOTICE SENT

**04/18/2024**

- NOTICE OF APPEAL FILED BY DEFENDANT

- 10 DAY NOTICE SENT TO DEFENDANT

- NOTICE OF APPEAL EMAILED TO PROSECUTOR HARMON & TAKEN TO HCCP CLERK FOR COURT OF APPEALS

**04/05/2024**

- ENTRY OF APPEARANCE FILED BY ATTORNEY JEREMY LEVY

- MOTION FOR CONTINUANCE FILED BY ATTORNEY LEVY

- ORDER FILED; MOTION FOR CONTINUANCE IS GRANTED, THE PRE-TRIAL ON 4/11/24 IS CONTINUED TO 4/22/24 AT 9:15AM BY PHONE

- CHANGED- 04/22/2024 AT 9:15 AM - PHONE PRE-TRIAL

- HEARING NOTICE SENT

**03/19/2024**

- JE FILED; VAR (NG); OR BOND, CONTINUED FOR PRE-TRIAL ON 4/11/24 AT 1:30PM, DEFENDANT INDICATED HE WOULD REPRESENT HIMSELF IN THIS MATTER

- NOT GUILTY PLEA

- HEARING- 04/11/2024 AT 1:30 PM - PRE-TRIAL

- HEARING NOTICE SENT

- JE FILED; THIS MATTER CAME ON FOR HEARING 3/19/24, DEF APPEARING VIA VIDEO FROM CCNO. DEF WAS FOUND IN CONTEMPT OF COURT ON 3/18/24. AS A RESULT AND PURSUANT TO R.C. 2705.01, THE DEF IS SENTENCED TO 10 DAYS AT CCNO, 1 DAY CREDIT SERVED

- OR BOND FILED

- CERTIFICATION TO ALL PARTIES AND IN FILE

**03/18/2024**

- E-TICKET FILED WITH COURT

- CASE SET FOR ARRAIGNMENT ON 03-18-2024 AT 9:00 AM JE FILED;THIS MATTER CAME ON FOR INITIAL APPEARANCE ON 3/18/24;DEF DISPLAYED A COMPLETE LACK OF RESPECT TO THE COURT AND HIS ATTITUDE AND COMMENTS SEVERELY OBSTRUCTED THE ADMINISTRATION OF JUSTICE; AS SUCH DEF IS HEREBY FOUND... ...IN DIRECT CONTEMPT, SHALL BE IMMEDIATELY TAKEN INTO

CUSTODY AND HELD AT CCNO PENDING FURTHER HEARING ON THIS
MATTER

- CERTIFICATION TO ALL PARTIES AND IN FILE

- NPD EXECUTED CONTEMPT OF COURT CHARGE, DEFENDANT
  TRANSPORTED TO CCNO
  DEFENDANT FILED DOCUMENTS WITH THE COURT

**03/15/2024**

- DEFENDANT FILED DOCUMENTS WITH THE COURT