Napoleon Municipal Court
Napoleon, Ohio

- [Home Page](#)
- [Record Search](#)
- [Online Payments](#)
- [Distracted Driver Course](#)
- [eFile](#)

Napoleon Municipal Court
1819 Oakwood Avenue
P.O. Box 502 Napoleon, Ohio 43545
ph (419) 592-2851
fx (419) 592-1805
Monday - Friday
7:30 am - 4:00 pm
court@napoleonohio.com
Online Payment Call Center 866-895-0198



## Docket Entries: CRB2400103A

**03/28/2024**

- CANCELLED- 03/28/2024 AT 1:15 PM - PRE-TRIAL

- MOTION TO DISMISS FILED BY PROSECUTOR HOWE-GEBERS, CASES
  PRESENTED TO GRAND JURY IN THE HCCP COURT
  CASE DISMISSED.
  SPECIAL CONDITIONS:
  JE FILED; UPON MOTION OF THE STATE, THESE CASES ARE HEREBY
  DISMISSED, WITHOUT PREJUDICE, AND ANY BONDS AND CONDITIONS
  SHALL BE TRANSFERRED TO THE HCCP COURT. COURT COSTS ABATED.

**03/26/2024**

- ENTRY OF APPEARANCE FILED BY ATTORNEY JEREMY LEVY

**03/19/2024**

- CASE WAS FILED WITH COURT

- HEARING- 03/19/2024 AT 10:30 AM - VAR

- JE FILED; VAR (NG); OR BOND, CONTINUED FOR PRE-TRIAL ON
  3/28/24 AT 1:15PM, DEFENDANT INDICATED HE WOULD REPRESENT
  HIMSELF IN THIS MATTER

- HEARING- 03/28/2024 AT 1:15 PM - PRE-TRIAL

- OR BOND FILED, DEFENDANT REFUSED TO SIGN

**03/18/2024**

- WARRANT WAS ISSUED FOR DEFENDANT FOR ENSURE APPEARANCE

- WARRANT WAS RECALLED

- ARREST WARRANT EXECUTED/COMPLAINT SERVED BY HCSO - FEES ON
  FELONY COMPANION CASE 24CRA102

Napoleon Municipal Court
Napoleon, Ohio

- Home Page
- Record Search
- Online Payments
- Distracted Driver Course
- eFile

Napoleon Municipal Court
1819 Oakwood Avenue
P.O. Box 502 Napoleon, Ohio 43545
ph (419) 592-2851
fx (419) 592-1805
Monday - Friday
7:30 am - 4:00 pm
court@napoleonohio.com
Online Payment Call Center 866-895-0198

## Case Information: CRB2400103B

### Defendant

| | | | |
|---|---|---|---|
| **Name:** | Smith, Mark W | **Date of Birth:** | 02/05/1968 |
| **A.K.A.:** | | **Priors:** | |
| **Address:** | 11028 Us Hwy 20 | **Warrants:** | 0 Active, 1 Inactive |
| **City/State/Zip:** | Lyons, OH 43533 | | |

### Complainant/Officer

| | | | |
|---|---|---|---|
| **Name:** | Axle, Deputy Ryan K | **D.B.A.:** | H C S O |
| **Agency:** | State Of Ohio (Shf) | **Address:** | |
| | | **City/State/Zip:** | Napoleon, Oh 43545 |

### Violation Information

| | | | |
|---|---|---|---|
| **File Date:** | 03/19/2024 | **Section #:** | 2917.12A1 |
| **Ticket Number:** | | **Degree:** | M4 |
| **Date:** | 03/18/2024 | **Points:** | |
| **Time:** | 10:50 | **T.P.O.s:** | |
| **Description:** | DISTURBING A LA | | |

### Hearing Information

| | | | |
|---|---|---|---|
| **Date:** | | **Mandatory:** | |
| **Time:** | | **Attorney Name:** | H-Gebers/Levy-Smallwood |
| **Type:** | | | |

### Miscellaneous Information

| | | | |
|---|---|---|---|
| **Summons Issued:** | | **Status Date:** | 03/28/2024 |
| **Issued How:** | | **Status Code:** | DISMISSED |
| **Date Returned:** | | **ITN Number:** | |

### Fines and Costs (this case/charge only)

| | Amount Owed | Paid to Date | Balance Due |
|---|---|---|---|
| **Fine:** | $0.00 | $0.00 | $0.00 |
| **Misc. Fines:** | $0.00 | $0.00 | $0.00 |
| **Local Costs:** | $0.00 | $0.00 | $0.00 |
| **Legal Research:** | $0.00 | $0.00 | $0.00 |
| **Computer Fund:** | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Special Projcets:** $0.00 | $0.00 | $0.00 |
| **Victim of Crime:** $0.00 | $0.00 | $0.00 |
| **General Revenue:** $0.00 | $0.00 | $0.00 |
| **Sundries:** $0.00 | $0.00 | $0.00 |
| **Misc. Costs:** $0.00 | $0.00 | $0.00 |
| **Sheriff Fees:** $0.00 | $0.00 | $0.00 |

## Transactions (this case/charge only)

**Total Owed:** $ 0.00     **Last Payment:**

**Paid to Date:** $ 0.00     **Payment Type:**

**Balance Due:** $ 0.00     **Paid By:**

**Receipt #:**

**Bond Amount:** $ 0.00

**Bond Refunded:** $ 0.00

**Bond Available:** $ 0.00

## Disposition Information

**Disposition Date:** 03/28/2024     **Fine Amount:** $ 0.00

**Defendant's Plea:** A-Dismis     **Fine Suspended:** $ 0.00

**Defendant Found:** D     **Costs Amount:** $ 0.00

**OL Susp. From:**     **Costs Suspended:** $ 0.00

**OL Susp. To:**     **Jail Time:**

**Jail Suspended:**

**Disposition:** JE FILED; UPON MOTION OF THE STATE, IT IS HEREBY ORDERED THESE CASES ARE DISMISSED, WITHOUT PREJUDICE, AND ANY BONDS AND CONDITIONS SHALL BE TRANSFERRED TO THE HCCP COURT. COURT COSTS ABATED.

Napoleon Municipal Court
Napoleon, Ohio

- [Home Page]
- [Record Search]
- [Online Payments]
- [Distracted Driver Course]
- [eFile]

Napoleon Municipal Court
1819 Oakwood Avenue
P.O. Box 502 Napoleon, Ohio 43545
ph (419) 592-2851
fx (419) 592-1805
Monday - Friday
7:30 am - 4:00 pm
court@napoleonohio.com
Online Payment Call Center 866-895-0198

## Case Information: CRB2400103C

### Defendant

| | | | |
|---|---|---|---|
| **Name:** Smith, Mark W | | **Date of Birth:** 02/05/1968 |
| **A.K.A.:** | | **Priors:** |
| **Address:** 11028 Us Hwy 20 | | **Warrants:** 0 Active, 1 Inactive |
| **City/State/Zip:** Lyons, OH 43533 | | |

### Complainant/Officer

| | | |
|---|---|---|
| **Name:** Axle, Deputy Ryan K | **D.B.A.:** H C S O |
| **Agency:** State Of Ohio (Shf) | **Address:** |
| | **City/State/Zip:** Napoleon, Oh 43545 |

### Violation Information

| | |
|---|---|
| **File Date:** 03/19/2024 | **Section #:** 2917.11A1 |
| **Ticket Number:** | **Degree:** M4 |
| **Date:** 03/18/2024 | **Points:** |
| **Time:** 10:50 | **T.P.O.s:** |
| **Description:** DISORDERLY COND | |

### Hearing Information

| | |
|---|---|
| **Date:** | **Mandatory:** |
| **Time:** | **Attorney Name:** H-Gebers/Levy-Smallwood |
| **Type:** | |

### Miscellaneous Information

| | |
|---|---|
| **Summons Issued:** | **Status Date:** 03/28/2024 |
| **Issued How:** | **Status Code:** DISMISSED |
| **Date Returned:** | **ITN Number:** |

### Fines and Costs (this case/charge only)

| | Amount Owed | Paid to Date | Balance Due |
|---|---|---|---|
| **Fine:** | $0.00 | $0.00 | $0.00 |
| **Misc. Fines:** | $0.00 | $0.00 | $0.00 |
| **Local Costs:** | $0.00 | $0.00 | $0.00 |
| **Legal Research:** | $0.00 | $0.00 | $0.00 |
| **Computer Fund:** | $0.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Special Projcets:** | $0.00 | $0.00 | $0.00 |
| **Victim of Crime:** | $0.00 | $0.00 | $0.00 |
| **General Revenue:** | $0.00 | $0.00 | $0.00 |
| **Sundries:** | $0.00 | $0.00 | $0.00 |
| **Misc. Costs:** | $0.00 | $0.00 | $0.00 |
| **Sheriff Fees:** | $0.00 | $0.00 | $0.00 |

## Transactions (this case/charge only)

| | | | |
|---|---|---|---|
| **Total Owed:** | $ 0.00 | **Last Payment:** | |
| **Paid to Date:** | $ 0.00 | **Payment Type:** | |
| **Balance Due:** | $ 0.00 | **Paid By:** | |
| | | **Receipt #:** | |

**Bond Amount:** $ 0.00
**Bond Refunded:** $ 0.00
**Bond Available:** $ 0.00

## Disposition Information

| | | | |
|---|---|---|---|
| **Disposition Date:** | 03/28/2024 | **Fine Amount:** | $ 0.00 |
| **Defendant's Plea:** | A-Dismis | **Fine Suspended:** | $ 0.00 |
| **Defendant Found:** | D | **Costs Amount:** | $ 0.00 |
| **OL Susp. From:** | | **Costs Suspended:** | $ 0.00 |
| **OL Susp. To:** | | **Jail Time:** | |
| | | **Jail Suspended:** | |

**Disposition:** JE FILED; UPON MOTION OF THE STATE, IT IS HEREBY ORDERED THESE CASES ARE DISMISSED, WITHOUT PREJUDICE, AND ANY BONDS AND CONDITIONS SHALL BE TRANSFERRED TO THE HCCP COURT. COURT COSTS ABATED.