UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

MARK SMITH,                                  :    Case No.: 3:26-CV-606
                                             :
          Plaintiff,                         :
                                             :
v.                                           :
                                             :    **NOTICE OF APPEARANCE**
HON. ELIZABETH SCHULLER, et al.,             :    **OF COUNSEL**
                                             :
          Defendants.                        :
                                             :

*****************************************************************************

Comes now, Linda L. Woeber, of the law firm Montgomery Johnson LLP and hereby gives

notice of her appearance as counsel of record  for Defendant, Judge Elizabeth Schuller, in the

above-styled action.


                              Respectfully submitted,

                              */s/ Linda L. Woeber*____
                              LINDA L. WOEBER (0039112)
                              MONTGOMERY JONSON, LLP
                              600 Vine St, Suite 2650
                              Cincinnati, Ohio  45202
                              (513) 768-5239 – Telephone
                              (513) 768-9244 – Facsimile
                              lwoeber@mojolaw.com
                              *Attorney for Defendant*
                              *Judge Elizabeth Schuller*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24nd day of July, 2026, the foregoing was filed electronically with the Court.  Notice of this filing was served either by electronic or regular mail upon:

Mark Smith
11028 US 20
Lyons, OH 43533
*Plaintiff*

/s/ Linda L. Woeber_____
Linda L. Woeber (0039112)