**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| MARK SMITH, | Case No. 3:26-cv-00606 |
| Plaintiff, | Judge James R. Knepp II |
| v. | |
| ELIZABETH J. SCHULLER, *et al.*, | |
| Defendants. | |

**ENTRY OF APPEARANCE OF COUNSEL AND MOTION FOR
INITIAL EXTENSION OF TIME TO MOVE, PLEAD OR ANSWER**

Attorneys Teresa L. Grigsby and Jennifer A. McHugh of the Toledo, Ohio law firm Spengler Nathanson, P.L.L. hereby enter their appearance on behalf of Defendants Ryan Axle, Sean Walker, Marc Ruskey, Jacob Trejo, Edward Legg (in official and individual capacity), Melissa K. Cotter, Lori Siclair, City of Napoleon and Henry County Board of County Commissioners.

Defendants seek an initial extension of time, through and including September 5, 2026, in which to move, plead, or answer in response to Plaintiff's Complaint.  Plaintiff's Complaint was filed on March 13, 2026; however, the Summons were not issued until July 2, 2026.  The court docket indicates that the Defendants were all served on July 6, 2026, giving a current deadline to answer or otherwise respond to Plaintiff's Complaint of July 27, 2026.

The Defendants request an extension of 40 days, through and including September 5, 2026, for them to move, plead, or answer in response to Plaintiff's Complaint.

The Defendants request this additional time for their counsel to analyze the Complaint, meet and confer with the Defendants and prepare a response, and due to counsel's other numerous conflicting deadlines, both personal (vacation the week of August 17, 2026) and professional (including briefing, discovery and scheduled depositions), the weeks prior to the requested deadline of September 5, 2026. This is the Defendants' first requested extension. It is not sought for purposes of delay.

Respectfully submitted,

/s/ Teresa L. Grigsby
Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
tgrigsby@snlaw.com
jmchugh@snlaw.com

*Attorneys for Defendants Ryan Axle, Sean Walker, Marc Ruskey, Jacob Trejo, Edward Legg, Melissa K. Cotter, Lori Siclair, City of Napoleon and Henry County Board of County Commissioners*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2026, a copy of the foregoing instrument was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Teresa L. Grigsby
Teresa L. Grigsby

809903

2