FILED

AUG 0 6 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Mark W. Smith | * | Case No. 3:26-CV-606 |
| Plaintiff, | * | JUDGE JAMES R. KNEPP II |
| v. | * | MAGISTRATE JUDGE DARRELL A. CLAY |
| Hon. Elizabeth J. Schuller, et al.. | * | |
| Defendants. | * | |
| | * | |

---

## MOTION FOR EXTENSION OF TIME

---

Mark William Smith
13663 County Road 10
Delta, OH 43515
567-454-2566

Cooper D. Bowen (0093054)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
513.768.5242
Counsel for Defendant
Judge Elizabeth Schuller
cbowen@mojolaw.com

Jennifer A. McHugh
**Spengler Nathanson P.L.L.**
900 Adams Street
Toledo, OH 43604
(419) 252-6233
jmchugh@snlaw.com

Teresa L. Grigsby
**Spengler Nathanson P.L.L.**
900 Adams Street
Toledo, OH 43604
tgrigsby@snlaw.com

Now comes Plaintiff and hereby request an enlargement of time of 30 days to respond

to Defendant's Motion to Dismiss.

/s/ Mark William Smith

Mark William Smith

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

13663 CoRd 10
Delta, Ohio 43515
567-454-2566

/s/ Mark William Smith

Mark William Smith

Plaintiff