**FILED**

**AUG 0 6 2026**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Mark W. Smith | Case No. 3:26-CV-606 |
| Plaintiff, | JUDGE JAMES R. KNEPP II |
| v. | MAGISTRATE JUDGE DARRELL A. CLAY |
| Hon. Elizabeth J. Schuller, et al.. | |
| Defendants. | |

---

## MOTION FOR PERMISSION TO USE ECF FILING

---

Mark William Smith
13663 County Road 10
Delta, OH 43515
567-454-2566

Cooper D. Bowen  (0093054)
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
513.768.5242
Counsel for Defendant
Judge Elizabeth Schuller
cbowen@mojolaw.com

Jennifer A. McHugh
**Spengler Nathanson P.L.L.**
900 Adams Street
Toledo, OH 43604
(419) 252-6233
jmchugh@snlaw.com

Teresa L. Grigsby
**Spengler Nathanson P.L.L.**
900 Adams Street
Toledo, OH 43604
tgrigsby@snlaw.com

Now comes Plaintiff and hereby request permission to use ECF FILING system for

PACER. Plaintiff certifies that he will comply with all Fed. R. of Civil Procedure and

Local Rules. Plaintiff further certifies that he has the requisite knowledge to file using

the ECF System and certifies that he has read all rules and training material on the

requirements for filing.

This request is being made to ensure Plaintiff timely receives and may file all legal

filings without undo just delay

/s/ Mark William Smith

Mark William Smith
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2026, the foregoing was filed
electronically. Notice of this filing will be sent to all parties for whom counsel has
entered an appearance by operation of the Court's electronic filing system. Parties may
access this filing through the Court's system.

/s/ Mark William Smith

Mark William Smith
Plaintiff