**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| MARK SMITH, | Case No. 3:26-cv-00606 |
| Plaintiff, | Judge James R. Knepp II |
| v. | |
| ELIZABETH J. SCHULLER, *et al.*, | |
| Defendants. | |

---

**MOTION TO EXCEED PAGE LIMITATION**

---

Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
tgrigsby@snlaw.com
jmchugh@snlaw.com

*Attorneys for Defendants Ryan Axle, Sean
Walker, Marc Ruskey, Jacob Trejo, Edward
Legg, Melissa K. Cotter,  City of Napoleon
and Henry County*

Defendants Ryan Axle, Sean Walker, Mark Ruskey, Jacob Trejo, Edward Legg, Melissa Cotter, City of Napoleon and Henry County move the Court for an Order allowing them to file a joint memorandum in support of their Motion to Dismiss which exceeds the 20-page limit for dispositive motions set forth in Local Rule 7.1.  Defendants' joint memorandum will not exceed a total of 30 pages, which is just 10 pages more than a single brief in support of a dispositive motion may contain.  By filing a joint memorandum, Defendants will reduce the number of documents and pages before the Court, which could otherwise total 8 briefs and 160  pages in total briefing.  By filing a single brief consisting of no more than 30 pages, Defendants will aid the Court and all parties in the efficient management and resolution of the case.

Respectfully submitted,

*/s/ Teresa L. Grigsby*
Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
tgrigsby@snlaw.com
jmchugh@snlaw.com

*Attorneys for Defendants Ryan Axle, Sean Walker, Marc Ruskey, Jacob Trejo, Edward Legg, Melissa K. Cotter,  City of Napoleon and Henry County*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2026, a copy of the foregoing instrument was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Teresa L. Grigsby
Teresa L. Grigsby

812458