**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| MARK SMITH, | Case No. 3:26-cv-00606 |
| Plaintiff, | Judge James R. Knepp II |
| v. | |
| ELIZABETH J. SCHULLER, *et al.*, | |
| Defendants. | |

**MOTION TO DISMISS OF DEFENDANTS
RYAN AXLE, SEAN WALKER, MARC RUSKEY, JACOB TREJO,
EDWARD LEGG, MELISSA K. COTTER, CITY OF NAPOLEON AND HENRY
COUNTY**

Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
tgrigsby@snlaw.com
jmchugh@snlaw.com

*Attorneys for Defendants Ryan Axle, Sean
Walker, Marc Ruskey, Jacob Trejo, Edward
Legg, Melissa K. Cotter,  City of Napoleon
and Henry County*

In accordance with Federal Civil Rul 12(b)(6) and 12(d), Defendants Ryan Axle, Sean Walker, Marc Ruskey, Jacob Trejo, Edward Legg, Melissa K. Cotter, City of Napoleon and Henry County, Ohio ("Defendants") seek dismissal of all claims asserted against them in Plaintiff's First Amended Complaint.  With this Motion, Defendants are presenting and are asking the Court to consider:

- body camera video taken from the roadway scene of Plaintiff's stop and citation on March 14, 2024;

- security camera video from the Napoleon Municipal Court security system recorded on March 18, 2026, the day of Plaintiff's court appearance depicting: a) the inside of the courtroom; b) the vestibule/lobby of the courthouse; and c) the exterior parking lot; [1]

- the Municipal Court transcript from March 18, 2026; and

- the Exhibits to Plaintiff's Complaint.

Defendants believe the Court can consider all this evidence at the Rule 12 stage of the proceedings.  None of these items can reasonably be contradicted.   When ruling on a motion to dismiss, District Courts may consider the complaint, exhibits attached thereto, public records, and exhibits attached to defendant's motion to dismiss so long as they are referred to in the complaint and are central to the claims contained therein. *Davis v. Chorak*, No. 22-1839, 2023 U.S. App. LEXIS 6133, at *3-4 (6th Cir. Mar. 14, 2023) citing *Rondigo, L.L.C. v. Township of Richmond*, 641 F.3d 673, 681 (6th Cir. 2011) (quoting *Bassett v. NCAA*, 528 F.3d 426, 430 (6th Cir. 2008)).  "And in qualified-immunity cases—to facilitate speedy resolution and protect officers from suit—courts may also examine video evidence while resolving a motion to dismiss." *Id,* citing *Bell v. City of Southfield*, 37 F.4th 362, 364 (6th Cir. 2022).   Moreover, to

---

[1] Videos referred to herein have been manually filed with the Court, and copies provided electronically to Plaintiff and other counsel of record.

the extent that any of these exhibits "contradicts the complaint, the exhibit trumps the allegations." *Brown v. Louisville-Jefferson Cty. Metro Gov't,* 135 F.4th 1022, 1030 (6th Cir. 2025), quoting *Kaplan v. Univ. of Louisville*, 10 F.4th 569, 576 (6th Cir. 2021) (internal quotation marks and citation omitted); *accord Cagayat v. United Collection Bureau, Inc.*, 952 F.3d 749, 755 (6th Cir. 2020) ("[I]f the pleadings internally contradict verifiable facts central to a plaintiff's claims, that makes the plaintiff's allegations implausible.").

Nevertheless, should the Court conclude that any of these materials are ones which are inappropriate for consideration under Federal Civil Rule 12, then Defendants ask that the Court exercise its discretion, convert this Motion to a Motion for Summary Judgment under Federal Civil Rule 12(d), consider all of the attached materials, and give Plaintiff a reasonable opportunity to present all material pertinent to the Motion.

A Memorandum in Support of the Motion is filed herewith.

Respectfully submitted,

*/s/ Teresa L. Grigsby*
Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
tgrigsby@snlaw.com
jmchugh@snlaw.com

*Attorneys for Defendants Ryan Axle, Sean Walker, Marc Ruskey, Jacob Trejo, Edward Legg, Melissa K. Cotter, City of Napoleon and Henry County*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of August, 2026, a copy of the foregoing instrument was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Teresa L. Grigsby*
Teresa L. Grigsby

812416