## IN THE CITY OF NAPOLEON MUNICIPAL COURT
## OF NAPOLEON, OHIO

State of Ohio,                              *      Case No.  TRD2400394

       Plaintiff,                        *

    -vs-                                   *      <u>TRANSCRIPT OF PROCEEDING</u>

Mark W. Smith,                             *

       Defendant.                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

HEARD:

March 18, 2024

BEFORE:
HON. Elizabeth Schuller,
JUDGE

— — — — —

Prepared by:
Andrea M. Burgel
Official Court Reporter
Court of Common Pleas
Henry County Courthouse
Napoleon, Ohio

— — — — —

State of Ohio       )
County of Henry ) ss
The foregoing instrument is a full, true and
correct copy of the original on file in this office
Attested_____
  Melissa Cotter, Clerk of Napoleon Municipal Court

By_____ Deputy Clerk

FILED
2024 MAY 24  PM 2:20
NAPOLEON MUNICIPAL COURT

BAILIFF:  State of Ohio verses Mark William Smith, case number TRD240394.

MALE VOICE:  I'm the heir to that trust.

THE COURT:  Excuse me?

MALE VOICE:  I'm the heir to that trust, you said Mark William Smith, that's a trust.

THE COURT:  Are you Mark William Smith?

MALE VOICE:  That's a great question.  I'm the heir to the Mark William Smith Trust.

THE COURT:  I don't care about a trust.

MALE VOICE:  I know you don't care, that's the problem, that's why we're here  You're using my private trust property like toilet paper and you need to stop.

THE COURT:  Well are you Mark…

MALE VOICE:  You got noticed right?  Of the trust?

THE COURT:  I don't have any notice.

MALE VOICE:  Okay then

I got it right here.  I gave it to the Court.

THE COURT: Now mister, are you or are you not Mark William Smith?

MALE VOICE: I'll get to that in a minute.

THE COURT: Well that's not what we're here for.

MALE VOICE: This is for her.

THE COURT: Mr. Smith, are you Mr. Smith?

MALE VOICE: That is a notice.

THE COURT: If you're not…

MALE VOICE: I'm an heir to the all caps.

THE COURT: Okay, then what I'm going to do, if Mark William Smith is not here I'm going to issue a warrant for his arrest.

MALE VOICE: Okay, so that's what we're here…

BAILIFF: Stop raising your voice.

MALE VOICE: I think…

4

THE COURT:  Yes or no?

Yes or no?

MALE VOICE:  You just hold your, hold it, I'm going to explain.

THE COURT:  No, you don't tell me.

MALE VOICE:  I am here under duress and...

THE COURT:  Who are you?

MALE VOICE:  I'll tell you in a minute.

THE COURT:  I don't have time to deal with this.

MALE VOICE:  I'm here under duress and for threatening arrest.  I am not a volunteer so that all caps name, that is a trust.

THE COURT:  You are either Mark William...

MALE VOICE:  I am the upper and lower, Mark William Smith.

THE COURT:  Fantastic.

MR. SMITH:  Thank you.

THE COURT:  Again, are you Mark William Smith or not?

MR. SMITH: The upper and lower case Mark William Smith, not the all caps, that's the legal entity.

THE COURT: Are you the person Mark William Smith?

MALE VOICE: No, I'm not a person.

THE COURT: Alright, then Mark William Smith is not here, I'm going to issue a warrant for his arrest.

MALE VOICE: No, Mark William Smith is here as the heir.

THE COURT: Well, I'm looking for Mark William Smith…

MALE VOICE: You are, you're looking at him, the heir to the trust.

THE COURT: Are you here or are you not?

MALE VOICE: I am as the heir of the trust. You just got the notice. You are violating that private trust arrangement.

THE COURT: I don't care about a trust, I'm looking for…

MALE VOICE: I know you don't, that's the problem.

THE COURT: Are you Mark William Smith or not?

MALE VOICE: I am, the upper and lower case and I am the heir to the all caps.

THE COURT: If you're not here I'm going to issue a warrant.

MALE VOICE: I am here.

THE COURT: Well then you...

MALE VOICE: I'm here as the heir to that trust and if I cross that there is no disclaimer what that means.

THE COURT: So you're not coming up here?

MALE VOICE: Of course I'm not and if you issue a warrant for my arrest you're violating those trusts and that's a fee and fine penalty in them, don't do it.

THE COURT: I can do whatever I want.

MALE VOICE: No you can't.

THE COURT: Yes I can.

MALE VOICE: I take your oath of office for the Constitution and I bind you to it

and all of you.

THE COURT: Fantastic, are you here or are you not here?

MALE VOICE: I am, as the upper and lower case.

THE COURT: I have other folks that are waiting their turn here.

MALE VOICE: You can, they can wait all day, we can go back and forth.

THE COURT: No.

MALE VOICE: So I am Mark William Smith, the heir to that trust.

THE COURT: No.

MALE VOICE: And I am tired of you guys violating it, stop it.

THE COURT: Great.  I'm issuing a warrant for your arrest because I'm not going to deal with this.

MALE VOICE: Okay, well I've got three witnesses right here that I was here.

THE COURT: Well you keep telling me you're not…

MALE VOICE: So you want, so you want…

THE COURT: …and you're

not approaching the bench. One of the two things is going to happen.

MALE VOICE: There is no disclaimer of what that means when I cross this bar.

THE COURT: If you don't want to be here, leave. I'm issuing a warrant for your arrest. I've got other people that I need to deal with today.

MALE VOICE: No, you can do that but I've got three witnesses that say I was here.

THE COURT: Well then approach the bench.

MALE VOICE: I'm not going to approach the bench because there is no disclaimer to tell what that means. This is crossing the bar; I'm not crossing no bar.

THE COURT: Mr. Smith I'm trying to arraign you on the charges that you were charges with, sit there and be civil.

MALE VOICE: You are not going to arraign me on free travel. You violated my rights.

THE COURT: Okay, great. I'm issuing…

MALE VOICE: This is a tribal ID.

THE COURT: I don't care what kind of ID.

MALE VOICE: I am a diplomat with the _____ and you guys violated my travel rights.

THE COURT: Great.

MALE VOICE: You violated the treaties of the United States.

THE COURT: I'm arraigning you on a charge…

MALE VOICE: You need to stop.

THE COURT: Do not yell at me.

MALE VOICE: Well do not point at me.

THE COURT: I'm issuing a warrant for your arrest.

MALE VOICE: You are not.

THE COURT: I am.

MALE VOICE: I do not accept that.

THE COURT: Well that's great.

10

MALE VOICE: I don't accept, I don't accept, I don't accept.

THE COURT: I'm issuing a warrant for your arrest.

MALE VOICE: I don't consent, I don't consent, I don't consent.

THE COURT: And I can have my bailiff cuff you…

MALE VOICE: I don't accept, I don't accept, I don't accept.

THE COURT: And take you out to CCNO.

MALE VOICE: You are not going to take me anywhere.

THE COURT: I'm not?

MALE VOICE: No.

THE COURT: Well you're not cooperating for purposes of today.

MALE VOICE: I don't need to cooperate when you're violating my trust.

THE COURT: I m not violating anything.

MALE VOICE: The hell you aren't.

THE COURT: No, I'm

not.

MALE VOICE:  You are violating the all caps name.

THE COURT:  I'm issuing a warrant for your arrest.

MALE VOICE:  No you're not, I don't accept it.  I don't accept, I don't accept, I don't accept.  I don't accept it.

THE COURT:  You can take him into custody.

MALE VOICE:  I'm here.

BAILIFF:  Put your hands behind you.

MALE VOICE:  No, nope, not going to.  Don't touch me either.  I'm a diplomat.  I'm a diplomat.  Don't you touch me.

(LOUD BANGING AROUND)

BAILIFF:  You are under arrest.  Now you're going to get felonious assault, put your hands behind your back.

(REMOVED FROM COURTROOM)

THE COURT:  Sorry folks.  Folks we are safe in here, we are locked in here.

FEMALE VOICE:  It's still scary Your Honor.

THE COURT:  I understand that.

FEMALE VOICE:  Can I open the door to let someone out?

THE COURT:  I would not.

(OFF RECORD AT 10:54 A.M.)

(BACK ON RECORD AT 2:40 P.M.)

BAILIFF:  This is case number TRD2400394 State of Ohio verses Mark William Smith.

THE COURT:  We are here today to clarify the record in this matter.  The Court does find that the defendant engaged in willful disobedience in the presence of the Court and disrupted the administration of justice this morning during this Court's arraignment hearings by refusing to acknowledge who he was, approach the defendant's table or acknowledge the authority of the Court by screaming and yelling to the point of alarming other occupants in the gallery.  Therefore, the Court does find the defendant in direct contempt and orders him to be taken into custody and held pending hearing in this matter.

**IN THE CITY OF NAPOLEON MUNICIPAL COURT**
**OF NAPOLEON, OHIO**

State of Ohio,                                    \*        Case No.   TRD2400394

        Plaintiff,                          \*

    -vs-                                      \*        **CERTIFICATION OF TRANSCRIPT**

Mark W. Smith,                               \*

        Defendant.                          \*

                - - - - - -

    I, Andrea M. Burgel, Official Court Reporter for the Common Pleas Court of Henry County, Ohio, duly appointed therein, do hereby certify that the foregoing, consisting of 12 pages, is a true and complete transcript, from the original digital recording, as transcribed by me of the proceedings conducted in the Napoleon Municipal Court on the 18th day of March, 2024, before the Honorable Elizabeth Schuller.

    Subscribed this 21st day of May, 2024.

                                    Andrea M. Burgel
                        Notary Public in and for the
                            State of Ohio

My Commission Expires:  February 5, 2029