# EXHIBIT B

Ex. B is a flash drive being manually filed with the court and contains the following:

1. Body Worn Camera Video #1

2. Body Worn Camera Video #2

3. Court Appearance Security Video

4. Lobby Security Video

5. Front Parking Lot Video #1

6. Front Parking Lot Video #2